ORIGINAL

**ROECA, LOUIE & HIRAOKA**
A Limited Liability Law Partnership, LLP

DAVID M. LOUIE        2162-0
*dlouie@rlhlaw.com*
BRIAN A. BIBLERRY    7260-0
*bbilberry@rlhlaw.com*
900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawai'i        96813-3917
Telephone: (808) 538-7500
Facsimile: (808) 521-9648

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 2 7 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

Attorneys for Plaintiff MARK L. DEHL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MARK L. DEHL, | ) | Civil No. 03-00659 (HG) (KSC) |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF DISMISSAL OF |
| vs. | ) | DEFENDANT COUNTRY CLUB - |
| | ) | HAWAII, INC.; CERTIFICATE OF |
| RANDY A. GALIMA; TOP ONE, | ) | SERVICE |
| INC., dba SHOOTERS BAR & | ) | |
| GRILL; and COUNTRY CLUB - | ) | |
| HAWAII, INC., | ) | Trial: None |
| | ) | |
| Defendants. | ) | |
| | ) | |

537-001/p/NtcDismissCountry Club.jrf.mht.wpd

NOTICE OF DISMISSAL OF
DEFENDANT COUNTRY CLUB - HAWAII, INC.

Plaintiff MARK L. DEHL, pursuant to Rule 4(a)(1) of the *Federal Rules of*

*Civil Procedure*, hereby dismisses his Complaint against Defendant COUNTRY

CLUB - HAWAII, INC.  No answer or motion for summary judgment has yet been served on Plaintiff.

DATED: Honolulu, Hawaii, JAN 2 7 2006                              .

_____
DAVID M. LOUIE
BRIAN A. BILBERRY
Attorneys for Plaintiff MARK L. DEHL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARK L. DEHL, ) | Civil No. 03-00659 (HG) (KSC) |
| ) | |
| Plaintiff, ) | |
| ) | CERTIFICATE OF SERVICE |
| vs. ) | |
| ) | |
| RANDY A. GALIMA; TOP ONE, ) | |
| INC., dba SHOOTERS BAR & ) | |
| GRILL; and COUNTRY CLUB - ) | |
| HAWAII, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

537-1/p/NtcDismissCountry Club.jrf.mht.wpd

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the within and foregoing document was duly served on the following, by depositing the same in the United States Mail, first class mail, postage prepaid, on _____JAN 2 7 2006_____:

Defendant RANDY A. GALIMA
c/o Diamondback Correctional Facility
Route 2, Box 336
Watonga, OK   73772

Defendant TOP ONE, INC., dba SHOOTERS BAR & GRILL
121 Banyan Drive
Hilo, HI   96720

Defendant COUNTRY CLUB - HAWAII, INC.
161 Banyan Drive
Hilo, HI 96720

DATED: Honolulu, Hawaii, _____JAN 2 7 2006_____.

_____
DAVID M. LOUIE
BRIAN A. BILBERRY
Attorneys for Plaintiff MARK L. DEHL