**FILED**

FEB 0 1 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARK L. DEHL, | No. 05-16859 |
| Plaintiff - Appellee, | D.C. No. CV-03-00659-HG/KSC<br>District of Hawaii,<br>Honolulu |
| v. | |
| RANDY A. GALIMA; et al., | |
| Defendants, | ORDER |
| and | |
| TOP ONE, INC., dba/Shooters Bar & Grill, | |
| Defendant - Appellant. | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 0 6 2006

at 11 o'clock and 27 min. A M
SUE BEITIA, CLERK

Pursuant to the stipulation of the parties, this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A certified copy of this order shall serve as the mandate of this court.

FOR THE COURT

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

FEB 0 1 2006

by:
Deputy Clerk

David E. Lombardi, Jr.
Chief Circuit Mediator