ORIGINAL

**ROECA, LOUIE & HIRAOKA**
A Limited Liability Law Partnership, LLP

DAVID M. LOUIE       2162-0
*dlouie@rlhlaw.com*
BRIAN A. BILBERRY    7260-0
*bbilberry@rlhlaw.com*
900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawai'i    96813-3917
Telephone: (808) 538-7500
Facsimile: (808) 521-9648

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 1 0 2006

at __10__ o'clock and __40__ min __A__ M
SUE BEITIA, CLERK

Attorneys for Plaintiff MARK L. DEHL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARK L. DEHL,<br><br>        Plaintiff,<br><br>    vs.<br><br>RANDY A. GALIMA; TOP ONE, INC., dba SHOOTERS BAR & GRILL; and COUNTRY CLUB - HAWAII, INC.,<br><br>        Defendants. | Civil No. 03-00659 (HG) (KSC)<br><br>PARTIAL SATISFACTION OF JUDGMENT ENTERED ON AUGUST 18, 2005 AND RELEASE OF LIEN; CERTIFICATE OF SERVICE<br><br>Trial: None |

537-001/p/Partial Satisfaction of Judgment.bab.wpd

## PARTIAL SATISFACTION OF JUDGMENT
### ENTERED ON AUGUST 18, 2005 AND RELEASE OF LIEN

Plaintiff, MARK DEHL, by and through his counsel of record, hereby submits this Partial Satisfaction of Judgment, entered in the above-captioned

action on August 18, 2005, and hereby releases any right, title, and interests in that certain real property, Apartment No. 332, located at 121 Banyan Drive #332, Hilo Hawai'i 96720, Tax Map Key (3) 2-1-005-020-0063, and more fully described in **Exhibit "A,"** attached hereto.

This release is given in consideration for and is contingent upon the disbursement and receipt of proceeds in the amount of $39,596.09 to Mark Dehl and Roeca Louie & Hiraoka from escrow File No. 302-307458, as reflected in Island Title Corporation's *Seller's Estimated Settlement Statement*, attached hereto with **Exhibit "A."**

DATED: Honolulu, Hawaii, _____FEB 1 0 2006_____.

_____
DAVID M. LOUIE
BRIAN A. BILBERRY
Attorneys for Plaintiff MARK L. DEHL