ORIGINAL

**ROECA, LOUIE & HIRAOKA**
A Limited Liability Law Partnership, LLP

DAVID M. LOUIE        2162-0
dlouie@rlhlaw.com
BRIAN A. BILBERRY     7260-0
bbilberry@rlhlaw.com
900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawai'i     96813-3917
Telephone: (808) 538-7500
Facsimile: (808) 521-9648

Attorneys for Plaintiff MARK L. DEHL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MARK L. DEHL, | ) | Civil No. 03-00659 (HG) (KSC) |
| | ) | |
| Plaintiff, | ) | |
| | ) | SATISFACTION OF JUDGMENT |
| vs. | ) | ENTERED ON AUGUST 18, 2005 |
| | ) | AND RELEASE OF LIEN; |
| RANDY A. GALIMA; TOP ONE, | ) | CERTIFICATE OF SERVICE |
| INC., dba SHOOTERS BAR & | ) | |
| GRILL; and COUNTRY CLUB - | ) | |
| HAWAII, INC., | ) | Trial: None |
| | ) | |
| Defendants. | ) | |
| | ) | |

537-001/p/Satisfaction of Judgment.bab.wpd

## SATISFACTION OF JUDGMENT
## ENTERED ON AUGUST 18, 2005 AND RELEASE OF LIEN

Plaintiff, MARK DEHL, by and through his counsel of record, hereby submits this Satisfaction of Judgment, entered in the above-captioned action on

August 18, 2005, and hereby releases any right, title, and interests in that certain real property, Apartment No. 332, located at 121 Banyan Drive #332, Hilo Hawai'i 96720, Tax Map Key #3-2-1-5-20-63, and more fully described in **Exhibit "A,"** attached hereto, and Unit No. 101, located at 121 Banyan Drive #101, Hilo Hawai'i 96720, Tax Map Key #3-2-1-5-20-1, and more fully described in **Exhibit "B,"** attached hereto.

This release is given in consideration for and is contingent upon the disbursement and receipt of proceeds in the amount of $39,596.09 to Mark Dehl and Roeca Louie & Hiraoka from escrow File No. 302-307458, as reflected in Island Title Corporation's *Seller's Estimated Settlement Statement*, attached hereto with **Exhibit "C."**

DATED: Honolulu, Hawaii, _____MAR 2 2 2006_____.

DAVID M. LOUIE
BRIAN A. BILBERRY
Attorneys for Plaintiff MARK L. DEHL