EXHIBIT "A"

FIRST:

APARTMENT NO. 332 OF THAT CERTAIN CONDOMINIUM PROJECT KNOWN AS "COUNTRY CLUB HAWAII", AS SHOWN ON CONDOMINIUM MAP NO. 1076 AND DESCRIBED IN THE DECLARATION OF HORIZONTAL PROPERTY REGIME DATED MAY 19, 1987, RECORDED IN THE BUREAU OF CONVEYANCES, STATE OF HAWAII, IN BOOK 20954, PAGE 93, AS AMENDED.

TOGETHER WITH APPURTENANT EASEMENTS AS FOLLOWS:

(A) NON-EXCLUSIVE EASEMENTS IN THE COMMON ELEMENTS DESIGNED FOR SUCH PURPOSES FOR INGRESS TO, EGRESS FROM, UTILITY SERVICES FOR AND SUPPORT OF SAID APARTMENT; IN THE OTHER COMMON ELEMENTS FOR USE ACCORDING TO THEIR RESPECTIVE PURPOSES.

(B) EXCLUSIVE EASEMENTS TO USE OTHER LIMITED COMMON ELEMENTS APPURTENANT THERETO DESIGNATED FOR ITS EXCLUSIVE USE BY THE DECLARATION, AS AMENDED.

SECOND: AN UNDIVIDED .69193 PERCENTAGE INTEREST IN ALL COMMON ELEMENTS OF THE PROJECT (EXCLUSIVE OF LAND) AS ESTABLISHED FOR SAID APARTMENT BY THE DECLARATION, OR SUCH OTHER INTEREST AS HEREINAFTER ESTABLISHED FOR SAID APARTMENT BY ANY AMENDMENT OF THE DECLARATION, AS TENANT IN COMMON WITH THE OTHER OWNERS AND TENANTS THEREOF.

THIRD: AN UNDIVIDED .69193 PERCENTAGE LEASEHOLD INTEREST AS TENANT IN COMMON WITH ALL OTHER APARTMENT OWNERS OF THE PROJECT, IN AND TO THE LAND.

THE LAND ON WHICH SAID CONDOMINIUM IS LOCATED:

PARCEL FIRST:

THAT CERTAIN PARCEL OF LAND (PORTION OF THE GOVERNMENT (CROWN) LAND OF WAIAKEA) BEING LOT 10 OF THE "OCEAN VIEW LOTS", SITUATE AT WAIAKEA, SOUTH HILO, ISLAND AND COUNTY OF HAWAII, STATE OF HAWAII, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT THE NORTH CORNER OF THIS LOT NEAR EDGE OF SEA BLUFF AND AT THE EAST CORNER OF GRANT 10,119 TO HARRIET BLANCHE ROSE (LOT 9, OCEAN VIEW LOTS), THE COORDINATES OF SAID POINT OF BEGINNING REFERRED TO GOVERNMENT SURVEY TRIANGULATION STATION "MOKUOLA 2", BEING 466.31 FEET SOUTH AND 1757.47 FEET EAST, AS SHOWN ON GOVERNMENT SURVEY REGISTERED MAP 4016 AND RUNNING BY AZIMUTHS MEASURED CLOCKWISE FROM SOUTH:

ALONG SEA BLUFF AT HIGHWATER MARK TO THE NORTH CORNER OF LOT 11, OCEAN VIEW LOTS, THE DIRECT AZIMUTH AND DISTANCE BEING:

1. 337° 37' 175.32 FEET;

2. 44° 52' 220.60 FEET ALONG LOT 11, OCEAN VIEW LOTS;

3. 150° 02' 166.03 FEET ALONG GRANT 1011 TO HARRIET BLANCHE ROSE (LOT 9, OCEAN VIEW LOTS) AND 20-FOOT ROADWAY;

4. 224° 32' 45.00 FEET ALONG ABANDONED ROADWAY CONVEYED BY TERRITORY OF HAWAII TO MRS. HARRIET BLANCHE ROSE (LOT 9, OCEAN VIEW LOTS) TO THE POINT OF BEGINNING AND CONTAINING AN



Page No. 11 - Order No.: 307458

AREA OF 0.92 ACRE, MORE OR LESS.

SAVING AND EXCEPTING THE PORTION THEREOF LYING SEAWARD OF THE DEBRIS LINE.

PARCEL SECOND:

THAT CERTAIN PARCEL OF LAND (PORTION OF THE LAND DESCRIBED IN LAND PATENT GRANT 10,119 TO HARRIET BLANCHE ROSE) BEING A PORTION OF LOT 9 OF THE "OCEAN VIEW LOTS", SITUATE AT WAIAKEA, SOUTH HILO, ISLAND AND COUNTY OF HAWAII, STATE OF HAWAII, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

"WHICH COMMENCES AT A POINT FORMED BY THE SOUTHEAST CORNER OF WAILOA DRIVE, AND THE RIGHT OF WAY LEADING FROM WAILOA DRIVE TO LOT 10, AT AN IRON SPIKE, RUNNING THENCE BY TRUE AZIMUTHS:

1. 224° 32' 96.01 FEET ALONG RIGHT OF WAY TO AN IRON SPIKE;

2. 330° 02' 154.25 FEET ALONG LOT 10 TO AN IRON SPIKE;

3. 69° 38' 70.76 FEET TO AN IRON SPIKE;

4. 139° 00' 54" 119.00 FEET ON A CURVE ALONG WAILOA DRIVE TO THE POINT OF BEGINNING AND CONTAINING AN AREA OF 10,890 SQUARE FEET, MORE OR LESS.