## EXHIBIT "A"

ALL of that certain Restaurant Unit No. 101 of the condominium project known as "COUNTRY CLUB HAWAII" (the "Project"), all as more fully shown on Condominium Map No. 1076, filed in the Bureau of Conveyances of the State of Hawaii, and described in that certain Declaration of Horizontal Property Regime dated May 19, 1987, recorded in the Bureau of Conveyances of the State of Hawaii in Liber 20954 at Page 93, as now or hereafter amended from time to time.

Excepting and reserving easements through said apartment appurtenant to the common elements of the Project and all other apartments for support and repair of the common elements of the Project and all other apartments.

Together with nonexclusive easements for ingress and egress and support of said apartment through the common elements of the Project and for repair of said apartments through all other apartments and through the common elements of the Project.

TOGETHER WITH an undivided 8.39724 percentage interest, as tenant in common with all other apartment owners, in and to the common elements of the Project (exclusive of land) as described in the aforesaid Declaration, subject as to the said common elements to nonexclusive easements appurtenant to all apartments for ingress, egress, support and repair.

EXHIBIT B