

## Island Title Corporation

688 Kinoole Street, Suite 121 • Hilo, HI 96720

### Seller's Estimated Settlement Statement

**Property:** 121 Banyan Drive, #332, Hilo, HI 96720

**File No:** 302-307458
**Officer:** Brenda Ioane/BI
**New Loan No:**
**Settlement Date:**
**Disbursement Date:** 02/03/2006
**Print Date:** 1/27/2006, 10:58 AM

**Buyer:** Shangri-La Trust II
**Address:** P.O. Box 1740, Mercer Island, WA 98040
**Seller:** Top One, Incorporated
**Address:** 121 Banyan Drive, #332, Hilo, HI 96720

| Charge Description | Seller Charge | Seller Credit |
|---|---|---|
| **Consideration:** | | |
| Total Consideration | | 55,000.00 |
| **Prorations:** | | |
| Association Dues 02/03/06 to 02/28/06 @ $411.70/mo | | 367.59 |
| County Tax 02/03/06 to 07/01/06 @ $173.65/semi | | 140.82 |
| **Commission:** | | |
| Commission Paid at Settlement to Ala Kai Realty, Inc. | 3,300.00 | |
| **Attorney:** | | |
| Attorney's Fees to Sanford K. Okura, Attorney At Law A Law Corporation | 748.95 | |
| **Payoff Loan(s):** | | |
| Lender: Rocca, Louie & Hiroaka Brian A. Bilberry, Esq. | | |
| Principal Balance - Rocca, Louie & Hiroaka Brian A. Bilberry, Esq. | 39,596.09 | |
| Lender: Country Club-Hawaii, Inc. | | |
| Principal Balance - Country Club-Hawaii, Inc. | 10,514.10 | |
| **Title/Escrow Charges to:** | | |
| Tax Search Fee - Island Title Corporation $5.00 General Excise Tax: $0.21 | 5.21 | |
| FAM - ALTA Standard Coverage Owners Policy - Island Title Corporation | 268.20 | |
| Escrow Fee - Island Title Corporation $289.50 General Excise Tax: $12.06 | 301.56 | |
| Notary Fee - Island Title Corporation $30.00 General Excise Tax: $1.25 | 31.25 | |
| Release Tracking Fees - Island Title Corporation | 50.00 | |
| Recording Fees Advanced - Deed - Island Title Corporation | 25.00 | |
| State Conveyance Tax - Island Title Corporation | 82.50 | |
| **Disbursements Paid:** | | |
| Maintenance Fees-February to Country Club Hawaii AOAO | 411.70 | |
| Tax Installment: Amount to Director of Finance Real Property | 173.85 | |
| **Totals** | 55,508.41 | 55,508.41 |

SELLER(S):

Top One, Incorporated

By: .



EXHIBIT C

Page 1 of 1