IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARK L. DEHL, ) | Civil No. 03-00659 (HG) (KSC) |
| ) | |
| Plaintiff, ) | |
| ) | CERTIFICATE OF SERVICE |
| vs. ) | |
| ) | |
| RANDY A. GALIMA; TOP ONE, ) | |
| INC., dba SHOOTERS BAR & ) | |
| GRILL; and COUNTRY CLUB - ) | |
| HAWAII, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

537-1/p/Satisfaction of Judgment.bab.wpd

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the within and foregoing document was duly served on the following, by depositing the same in the United States Mail, first class mail, postage prepaid, on ____MAR 2 2 2006____:

Defendant RANDY A. GALIMA
c/o Diamondback Correctional Facility
Route 2, Box 336
Watonga, OK  73772

Defendant TOP ONE, INC., dba SHOOTERS BAR & GRILL
121 Banyan Drive
Hilo, HI  96720

DATED: Honolulu, Hawaii, <u>MAR 22 2006</u>.

---

DAVID M. LOUIE
BRIAN A. BILBERRY
Attorneys for Plaintiff MARK L. DEHL