ORIGINAL

**ROECA, LOUIE & HIRAOKA**
A Limited Liability Law Partnership, LLP

DAVID M. LOUIE        2162-0
*dlouie@rlhlaw.com*
BRIAN A. BILBERRY    7260-0
*bbilberry@rlhlaw.com*
900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawai'i        96813-3917
Telephone: (808) 538-7500
Facsimile: (808) 521-9648

Attorneys for Plaintiff MARK L. DEHL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 1 6 2006

at __2__ o'clock and __15__ min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARK L. DEHL, <br><br> Plaintiff, <br><br> vs. <br><br> RANDY A. GALIMA; TOP ONE, INC., dba SHOOTERS BAR & GRILL; and COUNTRY CLUB - HAWAII, INC., <br><br> Defendants. | Civil No. 03-00659 (HG) (KSC) <br><br> AMENDED SATISFACTION OF JUDGMENT ENTERED ON AUGUST 18, 2005 AND RELEASE OF LIEN; CERTIFICATE OF SERVICE <br><br> Trial: None |

537-001/p/AmendedSatisfaction of
Judgment.bab.wpd

## AMENDED SATISFACTION OF JUDGMENT
## ENTERED ON AUGUST 18, 2005 AND RELEASE OF LIEN

Plaintiff, MARK DEHL, by and through his counsel of record, hereby submits this Amended Satisfaction of Judgment, entered in the above-captioned action on August 18, 2005, and hereby releases any right, title, and interests in that certain real property, Apartment No. 332, located at 121 Banyan Drive #332, Hilo Hawai'i 96720, Tax Map Key #3-2-1-5-20-63, and more fully described in **Exhibit "A,"** attached hereto, and Unit No. 101, located at 121 Banyan Drive #101, Hilo Hawai'i 96720, Tax Map Key #3-2-1-5-20-1, and more fully described in **Exhibit "B,"** attached hereto.

This release is given in consideration for and is contingent upon the disbursement and receipt of proceeds in the amount of $35,146.66 to Mark Dehl and Roeca Louie & Hiraoka from escrow File No. 302-310581, as reflected in Island Title Corporation's *Seller's Estimated Settlement Statement*, attached hereto with **Exhibit "C."**

DATED:  Honolulu, Hawaii, _____ JUN 1 6 2006 _____ .

_____
DAVID M. LOUIE
BRIAN A. BILBERRY
Attorneys for Plaintiff MARK L. DEHL

-2-

**EXHIBIT "A"**

FIRST:

APARTMENT NO. 332 OF THAT CERTAIN CONDOMINIUM PROJECT KNOWN AS "COUNTRY CLUB HAWAII", AS SHOWN ON CONDOMINIUM MAP NO. 1076 AND DESCRIBED IN THE DECLARATION OF HORIZONTAL PROPERTY REGIME DATED MAY 19, 1987, RECORDED IN THE BUREAU OF CONVEYANCES, STATE OF HAWAII, IN BOOK 20954, PAGE 93, AS AMENDED.

TOGETHER WITH APPURTENANT EASEMENTS AS FOLLOWS:

(A) NON-EXCLUSIVE EASEMENTS IN THE COMMON ELEMENTS DESIGNED FOR SUCH PURPOSES FOR INGRESS TO, EGRESS FROM, UTILITY SERVICES FOR AND SUPPORT OF SAID APARTMENT; IN THE OTHER COMMON ELEMENTS FOR USE ACCORDING TO THEIR RESPECTIVE PURPOSES.

(B) EXCLUSIVE EASEMENTS TO USE OTHER LIMITED COMMON ELEMENTS APPURTENANT THERETO DESIGNATED FOR ITS EXCLUSIVE USE BY THE DECLARATION, AS AMENDED.

SECOND: AN UNDIVIDED .69193 PERCENTAGE INTEREST IN ALL COMMON ELEMENTS OF THE PROJECT (EXCLUSIVE OF LAND) AS ESTABLISHED FOR SAID APARTMENT BY THE DECLARATION, OR SUCH OTHER INTEREST AS HEREINAFTER ESTABLISHED FOR SAID APARTMENT BY ANY AMENDMENT OF THE DECLARATION, AS TENANT IN COMMON WITH THE OTHER OWNERS AND TENANTS THEREOF.

THIRD: AN UNDIVIDED .69193 PERCENTAGE LEASEHOLD INTEREST AS TENANT IN COMMON WITH ALL OTHER APARTMENT OWNERS OF THE PROJECT, IN AND TO THE LAND.

THE LAND ON WHICH SAID CONDOMINIUM IS LOCATED:

PARCEL FIRST:

THAT CERTAIN PARCEL OF LAND (PORTION OF THE GOVERNMENT (CROWN) LAND OF WAIAKEA) BEING LOT 10 OF THE "OCEAN VIEW LOTS", SITUATE AT WAIAKEA, SOUTH HILO, ISLAND AND COUNTY OF HAWAII, STATE OF HAWAII, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT THE NORTH CORNER OF THIS LOT NEAR EDGE OF SEA BLUFF AND AT THE EAST CORNER OF GRANT 10,119 TO HARRIET BLANCHE ROSE (LOT 9, OCEAN VIEW LOTS), THE COORDINATES OF SAID POINT OF BEGINNING REFERRED TO GOVERNMENT SURVEY TRIANGULATION STATION "MOKUOLA 2", BEING 466.31 FEET SOUTH AND 1757.47 FEET EAST, AS SHOWN ON GOVERNMENT SURVEY REGISTERED MAP 4016 AND RUNNING BY AZIMUTHS MEASURED CLOCKWISE FROM SOUTH:

ALONG SEA BLUFF AT HIGHWATER MARK TO THE NORTH CORNER OF LOT 11, OCEAN VIEW LOTS, THE DIRECT AZIMUTH AND DISTANCE BEING:

1. 337° 37' 175.32 FEET;

2. 44° 52' 220.60 FEET ALONG LOT 11, OCEAN VIEW LOTS;

3. 150° 02' 166.03 FEET ALONG GRANT 1011 TO HARRIET BLANCHE ROSE (LOT 9, OCEAN VIEW LOTS) AND 20-FOOT ROADWAY;

4. 224° 32' 45.00 FEET ALONG ABANDONED ROADWAY CONVEYED BY TERRITORY OF HAWAII TO MRS. HARRIET BLANCHE ROSE (LOT 9, OCEAN VIEW LOTS) TO THE POINT OF BEGINNING AND CONTAINING AN



AREA OF 0.92 ACRE, MORE OR LESS.

SAVING AND EXCEPTING THE PORTION THEREOF LYING SEAWARD OF THE DEBRIS LINE.

PARCEL SECOND:

THAT CERTAIN PARCEL OF LAND (PORTION OF THE LAND DESCRIBED IN LAND PATENT GRANT 10,119 TO HARRIET BLANCHE ROSE) BEING A PORTION OF LOT 9 OF THE "OCEAN VIEW LOTS", SITUATE AT WAIAKEA, SOUTH HILO, ISLAND AND COUNTY OF HAWAII, STATE OF HAWAII, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

"WHICH COMMENCES AT A POINT FORMED BY THE SOUTHEAST CORNER OF WAILOA DRIVE, AND THE RIGHT OF WAY LEADING FROM WAILOA DRIVE TO LOT 10, AT AN IRON SPIKE, RUNNING THENCE BY TRUE AZIMUTHS:

1. 224º 32' 96.01 FEET ALONG RIGHT OF WAY TO AN IRON SPIKE;

2. 330º 02' 154.25 FEET ALONG LOT 10 TO AN IRON SPIKE;

3. 69º 38' 70.76 FEET TO AN IRON SPIKE;

4. 139º 00' 54" 119.00 FEET ON A CURVE ALONG WAILOA DRIVE TO THE POINT OF BEGINNING AND CONTAINING AN AREA OF 10,890 SQUARE FEET, MORE OR LESS.

## EXHIBIT "A"

ALL of that certain Restaurant Unit No. 101 of the condominium project known as "COUNTRY CLUB HAWAII" (the "Project"), all as more fully shown on Condominium Map No. 1076, filed in the Bureau of Conveyances of the State of Hawaii, and described in that certain Declaration of Horizontal Property Regime dated May 19, 1987, recorded in the Bureau of Conveyances of the State of Hawaii in Liber 20954 at Page 93, as now or hereafter amended from time to time.

Excepting and reserving easements through said apartment appurtenant to the common elements of the Project and all other apartments for support and repair of the common elements of the Project and all other apartments.

Together with nonexclusive easements for ingress and egress and support of said apartment through the common elements of the Project and for repair of said apartments through all other apartments and through the common elements of the Project.

TOGETHER WITH an undivided 8.39724 percentage interest, as tenant in common with all other apartment owners, in and to the common elements of the Project (exclusive of land) as described in the aforesaid Declaration, subject as to the said common elements to nonexclusive easements appurtenant to all apartments for ingress, egress, support and repair.

EXHIBIT B

 ISLAND TITLE CORPORATION

### Island Title Corporation

688 Kinoole Street, Suite 121 • Hilo, HI 96720

### Seller's Estimated Settlement Statement

**Property:** 121 Banyan Drive #332, Hilo, HI 96720

**File No:** 302-310581
**Officer:** Brenda Ioane/BI
**New Loan No:**
**Settlement Date:** 06/23/2006
**Disbursement Date:**
**Print Date:** 6/12/2006, 7:18 PM

**Buyer:** Roland Victor Haan
**Address:** 350 Lehua Street, Hilo, HI 96720
**Seller:** Top One Incorporated
**Address:** 121 Banyan Drive #332, Hilo, HI 96720

| Charge Description | Seller Charge | Seller Credit |
|---|---|---|
| **Consideration:** | | |
| Total Consideration | | 50,000.00 |
| | | |
| **Prorations:** | | |
| Association Dues 06/23/06 to 07/01/06 @$411.70/mo | | 109.79 |
| County Tax 06/23/06 to 07/01/06 @$347.71/semi | | 15.24 |
| | | |
| **Commission:** | | |
| Commission Paid at Settlement to Ala Kai Realty, Inc. | 1,500.00 | |
| Commission Paid at Settlement to Prudential Orchid Isle Properties | 1,500.00 | |
| | | |
| **Payoff Loan(s):** | | |
| Lender: Country Club-Hawaii | | |
| Principal Balance  - Country Club-Hawaii | 10,333.89 | |
| Interest on Payoff Loan 04/01/06 to 06/23/06 @10.000000% - Country Club-Hawaii | 237.82 | |
| Lender: Mark Dehl c/o Roeca, Louie & Hiraoka | | |
| Principal Balance-Estimate  - Mark Dehl c/o Roeca, Louie & Hiraoka | 35,146.66 | |
| | | |
| **Title/Escrow Charges to:** | | |
| Tax Search Fee - Island Title Corporation $5.00 General Excise Tax: $0.21 | 5.21 | |
| FAM - ALTA Standard Coverage Owners Policy - Island Title Corporation | 268.20 | |
| Escrow Fee - Island Title Corporation $314.50 General Excise Tax: $13.10 | 327.60 | |
| Notary Fee (Add First & Last Name) - Island Title Corporation $10.00 General Excise Tax: $0.42 | 10.42 | |
| Release Processing Fees - Island Title Corporation | 50.00 | |
| State Conveyance Tax - Island Title Corporation | 75.00 | |
| | | |
| **Disbursements Paid:** | | |
| Repairs to to be determined | 100.00 | |
| Tax Installment:  Amount to Director of Finance Real Property | 17.39 | |
| Tax Installment:  Penalty Due to Director of Finance Real Property | 0.52 | |
| Association Dues- June if not paid to Ala Kai Realty, Inc. | 411.70 | |
| Pest Inspection-Estimate to Termite Company | 140.62 | |
| | | |
| **Totals** | 50,125.03 | 50,125.03 |

Notice - This Estimated Settlement Statement is subject to changes, corrections or additions at the time of final computation of the Settlement Statement.

**SELLER(S):**

Top One Incorporated

_____

By: .

 EXHIBIT

Initials: _____   _____

**Continued From Page 1**

*Seller's Estimated Settlement Statement*

**Settlement Date:** 06/23/2006                    **File No:** 302-310581
**Print Date:**     6/12/2006                      **Officer:**  Brenda Ioane/BI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MARK L. DEHL, | ) | Civil No. 03-00659 (HG) (KSC) |
| | ) | |
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| | ) | |
| RANDY A. GALIMA; TOP ONE, | ) | |
| INC., dba SHOOTERS BAR & | ) | |
| GRILL; and COUNTRY CLUB - | ) | |
| HAWAII, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

537-1/p/AmendedSatisfaction of Judgment.bab.wpd

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the within

and foregoing document was duly served on the following, by depositing the same

in the United States Mail, first class mail, postage prepaid, on _____JUN 1 6 2006_____ :

    Defendant RANDY A. GALIMA
    c/o Diamondback Correctional Facility
    Route 2, Box 336
    Watonga, OK   73772

    Defendant TOP ONE, INC., dba SHOOTERS BAR & GRILL
    121 Banyan Drive
    Hilo, HI   96720

DATED:  Honolulu, Hawaii, _____.

JUN 1 6 2006

DAVID M. LOUIE
BRIAN A. BILBERRY
Attorneys for Plaintiff MARK L. DEHL

-2-